**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ANCHOR WALL SYSTEMS, INC., Plaintiff, vs. JAGNA LIMITED and JAGNA (IOM) LIMITED, Defendants. | Civil Action No. 01-CV-1138 MJD/SRN |

## ORDER AND CONSENT JUDGMENT

The parties, through their respective attorneys, hereby consent to entry of judgment as follows:

1. This Court has jurisdiction over the subject matter of the action.

2. This Court has personal jurisdiction over the parties.

3. Venue is proper in this Court.

4. Plaintiff and its licensees have not infringed and are not infringing U.S. Patent No. 4,490,075 ("the '075 patent"), the subject matter of this action, by the manufacture and sale of the Landmark™ retaining wall block, as shown in Attachment 1 hereto, by plaintiff or its licensees.

5. Defendants are hereby enjoined from asserting a claim for patent infringement against plaintiff and its licensees as a result of the manufacture, use, offer for sale or sale of the Landmark™ retaining wall block, shown in Attachment 1, by plaintiff or its licensees.

6. Each party shall pay its own costs and attorney fees associated with this action.

AUG 1 6 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

7. The Court will retain jurisdiction solely for purposes of enforcing this Order and Consent Judgment.

Respectfully submitted,

**MERCHANT& GOULD, P.C.**

By: ______________________
Alan Carlson, MN Reg. #14801
Jeffer Ali, MN Reg. #247947
William McIntyre, MN Reg. #307555
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-4131
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

**ATTORNEYS FOR PLAINTIFF ANCHOR WALL SYSTEMS, INC.**

**HAUGEN LAW FIRM, PLLP**

By: ______________________
Eric O. Haugen, MN Reg. #189,807
Haugen Law Firm PLLP
121 S. Eighth St. # 1130
Minneapolis, MN 55402
Telephone: (612) 339-8300
Facsimile: (612) 339-8200

Of Counsel:

**LEGER ROBIC RICHARD**
Bob Sotiriadis
55 St-Jacques
Montreal (Quebec)
Canada HY2 3X2
Telephone: (514) 987-8899

**ATTORNEYS FOR DEFENDANTS JAGNA LIMITED and JAGNA (IOM) LIMITED**

**SO ORDERED.**

Dated: August 16, 2001

By: ______________________
Michael J. Davis
United States District Judge